THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE DERRICK, Appellant, v. JAMES T. SOMERS, as Special Deputy Commissioner of Excise of Oneida County, N. Y., and Another, Respondents.— Order affirmed, with costs, on the authority of *Raymond v. Clement* (118 App. Div. 528; affd., 194 N. Y. 560). All concurred, except Kruse, P. J., and Foote, J., who dissented upon the ground that there must be a substantial compliance with

the statute* to make an effective vote; and it appearing that the statute was not complied with, as has been adjudicated in the proceeding to which the Commissioner was a party [See *Matter of Kline*, 185 App. Div. 945], are of opinion that the action of the Commissioner in refusing the certificate was unwarranted.

---

* See Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 13, as amd. by Laws of 1910, chap. 485. Since amd. by Laws of 1918, chap. 473.— [REP.